# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

### FLORENCE DIVISION

### C/A # 4:17-cv-01081-RBH

| | |
|---|---|
| Marion Fowler, Esq. as Guardian ad Litem for Jefferey L. Vanderhall, Assignee,<br><br>Plaintiff,<br><br>Vs.<br><br>State Farm Mutual Automobile Insurance Company,<br><br>Defendant. | **ORDER APPOINTING GUARDIAN AD LITEM** |

On consideration of the foregoing Petition of Marion Fowler, Esq. praying that he be appointed Guardian ad Litem to represent Jefferey L. Vanderhall in the cause of action referenced above,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Marion Fowler, Esq. be and is hereby appointed Guardian *ad Litem* to represent Jefferey L. Vanderhall in the action as referenced above.

April 27, 2017                                    s/ R. Bryan Harwell
Florence, South Carolina                   R. Bryan Harwell
                                                      United States District Judge