AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

<table>
<tr><td>Marion Fowler, Esq., <em>as Guardian ad Litem for<br>Jefferey L. Vanderhall, Assignee,</em><br> <em>Plaintiff</em> <br>v.<br>State Farm Mutual Automobile Insurance Company,<br> <em>Defendant</em> </td><td>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.     4:17-CV-1081-RMG</td></tr>
</table>

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■ other: Judgment is entered in favor of the Defendant State Farm Mutual Automobile Insurance Company.

This action was *(check one)*:

❑ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❑ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard Mark Gergel, United States District Judge, who granted Defendant's Motion for
Judgment on the Pleadings.

Date:    October 20, 2017

Robin L. Blume
*CLERK OF COURT*

s/ Penelope W. Roulston

*Signature of Clerk or Deputy Clerk*