United States District Court
For the District of South Carolina
Florence Division

| | | |
|---|---|---|
| Marion Fowler, Esq. as Guardian ad Litem for Jefferey L. Vanderhall, Assignee, | ) ) ) ) ) | Civil Action No.: 4:17-cv-01081-RMG |
| Plaintiff, | ) | **Notice of Appeal** |
| vs. | ) ) | |
| State Farm Mutual Automobile Insurance Company, | ) ) ) ) | |
| Defendant. | ) ) | |

 Notice is hereby given that the Plaintiff in the above-captioned case, Marion Fowler, Esq. as Guardian ad Litem for Jefferey L. Vanderhall, Assignee, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered in this action on October 20, 2017 (Docket # 41) and from the corresponding "Opinion and Order" entered on October 20, 2017 (Docket # 40).

| | |
|---|---|
| October 30, 2017 | s/William P. Hatfield |
| | WILLIAM P. HATFIELD, |
| Florence, SC | Attorney for Plaintiff |
| | USDC I.D #1777 |

HATFIELD TEMPLE, LLP
170 Courthouse Square
Post Office Box 1770
Florence, SC 29503-1770
(843) 662-5000
wphatfield@htlawsc.com

Robert N. Hill
Attorney for the Plaintiff
SC US District Court # 6102

LAW OFFICE OF ROBERT HILL
Post Office Box 1323
Lexington, SC 29071
(803) 520-4370
attorneyhill@twc.com