FILED: January 31, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-2278
(4:17-cv-01081-RMG)
_____

MARION FOWLER, Esq., as Guardian ad Litem for Jefferey Vanderhall, Assignee

   Plaintiff - Appellant

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

   Defendant - Appellee

_____

M A N D A T E
_____

The judgment of this court, entered January 9, 2019, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*